**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | David D. Cleary | **Hearing Date** | September 20, 2023 |
| **Bankruptcy Case No.** | 23bk06782 | **Adversary No.** | 23ap00168 |
| **Title of Case** | IYS Ventures, LLC.; | IYS Ventures, LLC. v. The Huntington National Bank | |

**Brief Statement of Motion**: Complaint.

**Names and Addresses of moving counsel**:

**Representing**:

# ORDER

Discovery shall be completed on or before November 21, 2023.

Status hearing is continued to November 22, 2023 at 10:30 am at 219 S. Dearborn St., Courtroom 644, Chicago, IL 60604, or via Zoom for Government - Cleary, at which time the court will enter a Pretrial Order.

/s/ David D. Cleary   JPB