IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 11 |
| | ) | |
| IYS VENTURES, LLC | ) | Case No. 23-06782 |
| | ) | |
| Debtors. | ) | Hon. David D. Cleary |
| IYS VENTURES, LLC., as Debtor and Debtor in Possession, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Case No. 23 ap 00168 |
| | ) | |
| THE HUNTINGTON NATIONAL BANK | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF DISMISSAL OF ADVERSARY PROCEEDING

This adversary proceeding was resolved by and among the Plaintiff, IYS Ventures, LLC and the Defendant, The Huntington National Bank by the Court's entry of Consent Judgment Setting Aside Liens on Property [ECF No. 18] (the "Consent Judgment"),

Therefore, this Adversary Proceeding is hereby dismissed with prejudice. This court shall retain jurisdiction over the enforcement of the Consent Judgment.

| IYS VENTURES, LLC., as Debtor and Debtor in Possession | THE HUNTINGTON NATIONAL BANK |
|---|---|
| By:/s/Gregory K. Stern | By:  /s/Kimberly Ross Clayson |
| Gregory K. Stern, Esq. | Kimberly Ross Clayson, Esq. |
| Dennis E. Quaid, Esq. | Taft, Stettinius & Hollister |
| Gregory K. Stern, P.C. | 27777 Franklin Road, Suite 2500 |
| 53 West Jackson Blvd, Suite 1442 | Southfield, Michigan 48034 |
| Chicago, Illinois 60604 | 248-727-1635 |
| (312) 427-1558 | |

DATED: February 1, 2024

ENTERED FOR THE COURT:

Hon. David D. Cleary,
United States Bankruptcy Judge

131059859v1